# United States District Court for the Northern District of Illinois

Case Number: 08v1842              Assigned/Issued By: j. n.

Judge Name: Andersen              Designated Magistrate Judge: Keys

---

**FEE INFORMATION**

*Amount Due:*   [✓] $350.00      [ ] $39.00      [ ] $5.00

[ ] IFP         [ ] No Fee       [ ] Other _____

[ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350_____                 Receipt #: 2648234_____

Date Payment Rec'd: 3-27-08_____         Fiscal Clerk: j. n._____

---

**ISSUANCES**

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
                                           (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
         (Type of Writ)

1____ Original and 0_____ copies on 3-31-08_____ as to defendant_____
                                        (Date)

_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05