IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND<br><br>Plaintiffs,<br><br>v.<br><br>ROBINETTE ENTERPRISES, INC.<br><br>Defendant. | CASE NO. 08-C-1842<br><br>JUDGE ANDERSEN |

**MOTION FOR DEFAULT JUDGMENT**

Plaintiffs, by their attorney, David P. Lichtman, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, move this Honorable Court to enter Judgment by Default for Defendant's failure to appear, answer or otherwise plead. Further, in support of this Motion the Plaintiffs state:

1. Plaintiffs filed their complaint on March 27, 2008 and the summons and complaint was served on registered agent, Mohammed A. Nofal, on April 7, 2008 by the Process Server. **(Exhibit A, Affidavit of Service)**

2. The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Federal Rules of Civil Procedure.

3. At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement and the Trust Agreements which created the Trust Funds. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreement, the Defendant is required to submit monthly reports to the Trust Funds which list the number of hours worked by the Defendant's employees and to pay the ERISA contributions based on those hours.

4. The Defendant submitted the monthly contribution reports but failed to submit the ERISA contributions shown to be owed in the amount of $18,160.52 for the months of

September 2007 through November 2007. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $1,356.25. (**Exhibit B Affidavit of James Rosemeyer**)

5. The Defendant owes interest on the unpaid ERISA contributions in the amount of $570.27 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). (**Exhibit B Affidavit of James Rosemeyer**)

6. The Defendant owes liquidated damages on the unpaid ERISA contributions in the amount of $ 1,775.10 for the period September 2007 through November 2007 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(iii). (**Exhibit B Affidavit of James Rosemeyer**)

7. The Defendant owes the sum of $1,382.50 for necessary and reasonable attorney fees and costs of $405.00 which are collectible under the terms of the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D). (**Exhibit C Affidavit of David P. Lichtman**)

WHEREFORE, Plaintiffs pray that their motion for judgment by default be granted in the amount of $23,649.64.

                                             Respectively submitted,

                                             /s/ David P. Lichtman

                                             Attorney for Plaintiffs

Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700, Fax (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051

# EXHIBIT LIST

### EXHIBIT A
Affidavit of Service, Special Process Server

### EXHIBIT B
Sworn Declaration Pursuant to 28 U.S.C.A. § 1746
James Rosemeyer, Contributions Manager

### EXHIBIT C
Sworn Declaration Pursuant To 28 U.S.C.A. § 1746
David P. Lichtman, Plaintiffs Attorney

# Exhibit A

**Exhibit A**

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES OF THE CHICAGO REGIONAL
COUNCIL OF CARPENTERS PENSION
FUND, et al.

V.

ROBINETTE ENTERPRISES, INC.

CASE NUMBER: **08 C 1842**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE ANDERSEN
MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

ROBINETTE ENTERPRISES, INC.
C/O MOHAMMED A. NOFAL
REGISTERED AGENT
18 W. CASS STREET
SUITE 500
JOLIET, IL 60432

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

March 31, 2008
Date



ClientCaseID: N7637
Law Firm ID: WHITFIEL



CaseReturnDate: 5/1/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number **08C1842**

I, MICHAEL P. FEEHAN

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT Robinette Enterprises, Inc.
PERSON SERVED MOHAMMED NOFAL (REGISTERED)
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 4/7/08

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:
  Sex  MALE    Race  ARABIC    Age  31
  Height  6'0"    Build  THIN    Hair  BLACK

LOCATION OF SERVICE   18 W. Cass St. Suite 500
Joliet, IL, 60432

Date Of Service   4/7/08            Time of Service   11:45 AM

MICHAEL P. FEEHAN                                   4/7/2008
Special Process Server
P.E.R.C. #129-157466

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

# Exhibit B

Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND<br><br>Plaintiffs,<br><br>v.<br><br>ROBINETTE ENTERPRISES, INC.<br><br>Defendant. | CASE NO. 08-C-1842<br><br>JUDGE ANDERSEN |

## DECLARATION OF JAMES ROSEMEYER

Pursuant to 28 U.S.C. § 1746, I, James Rosemeyer, do declare under penalty of perjury that the following is true and correct:

1. I am the Manager of the Employer Contributions Department for the Chicago Regional Council of Carpenters Pension Fund and the Chicago Regional Council of Carpenters Welfare Fund (collectively, the "Trust Funds"), and in such capacity I am authorized to make this Declaration on behalf of the Trust Funds.

2. The Defendant executed an Agreement with the Chicago Regional Council of Carpenters ("Union") whereby it agreed to be bound by the provisions of a Collective Bargaining Agreement and to all Collective Bargaining Agreements subsequently negotiated.

3. Pursuant to the provisions of the Agreement and the Collective Bargaining Agreements, the Defendant agreed to be bound by the provisions of the Agreements and Declarations of Trust, which created the Plaintiffs' Trust Funds.

4. Pursuant to the provisions of the Collective Bargaining Agreements and Trust Agreements, the Defendant is required to submit monthly reports, which list the number of hours worked by its carpenter employees, and the Defendant is required to pay contributions based upon the hours listed.

5. The Defendant submitted the monthly contribution reports but failed to submit the ERISA contributions shown to be owed in the amount of $18,160.52 for the months of September 2007 through November 2007. The Defendant also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $1,356.25.

6. Because of its failure to pay contributions in a timely manner, the Trust Agreement and Collective Bargaining Agreement mandate the assessment of liquidated damages. The liquidated damages calculation was based on the rate set forth in the controlling Trust Agreements, which is 1.5% compounded per month. The amount of liquidated damages owed is $1,775.10 for the period September 2007 through November 2007.

7. The interest calculation is based on the ERISA Section awarding such interest, 29 U.S.C. § 1132(g)(2) and because the relevant Trust Agreements do not specify the rate of interest, the calculations were done pursuant to Section 6621 of the Internal Revenue Code. The amount of interest owed is $570.27 for the period of September 2007 through November 2007.

Dated this 28th Day of April, 2008.

_____
James Rosemeyer, Employer Contributions Manager

4/21/2008

Robinette Enterprises, Inc.
705 Miami Street
Joliet, Il. 60432

Account #24505

| Contributions | | Liquidated Damages | Interest | Dues |
|---|---|---|---|---|
| Sep-07 | $8,447.04 | $927.86 | $308.56 | $684.89 |
| Oct-07 | $5,974.62 | $558.29 | $176.44 | $363.85 |
| Nov-07 | $3,738.86 | $288.95 | $85.27 | $307.51 |
| totals: | $18,160.52 | $1,775.10 | $570.27 | $1,356.25 |

# Exhibit C

**Exhibit C**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ROBINETTE ENTERPRISES, INC.<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 08-C-1842<br><br>JUDGE ANDERSEN |

### DECLARATION OF DAVID P. LICHTMAN

Pursuant to 28 U.S.C. § 1746, I, David P. Lichtman, do declare under penalty of perjury that the following is true and correct:

1.　I am an associate in the law firm of Whitfield McGann & Ketterman and one of the attorneys for Plaintiffs in the above captioned matter. I am licensed to practice law in the State of Illinois and for the United States District Court for the Northern District of Illinois. I make this Declaration in support of Plaintiffs' Motion for Default Judgment.

2.　I have personal knowledge of the facts stated herein and am competent to give testimony as recited herein and from my own personal knowledge.

3.　The Collective Bargaining Agreement and the Trust Agreements under which this action is based provide for the payment of liquidated damages, audit fees and attorneys' fees and costs incurred for failure of a signatory contractor to pay contributions in accordance with those Agreements.

4.  I, David P. Lichtman, have devoted 7.9 hours in connection with the above-captioned case at the rate of $175.00 per hour. My total billings are $1,385.50

5.  In addition, the filing fee was $350.00 and the fees for service of process were an additional $55.00. These costs total $405.00.

6.  I certify that the attached detailed attorney fees and costs totaling $1,787.50 were necessary and reasonable.

7.  Notice of this Motion for Default was given to Defendant by mailing a copy of the same to Mohammed A. Nofal, Registered Agent of Robinette Enterprises, Inc. at 18 W. Cass Street, Joliet, IL 60432.

Dated this 1st Day of May, 2008.

*David P. Lichtman* (signature)
David P. Lichtman

Attorney for the Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive
Suite 2600
Chicago, IL 60601
(312) 251-9700, Fax (312) 251-9701
dlichtman@whitfield-mcgann.com
Attorney No. 6290051

| 4/29/2008 | WHITFIELD, McGANN & KETTERMAN | | |
|---|---|---|---|
| 10:04 AM | Slip Listing | Page | 1 |

### Selection Criteria

| Slip.Date | Earliest - 4/29/2008 |
|---|---|
| Slip.Classification | Open |
| Case (hand select) | Include: CTF-C./N7637/24505 |

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 355158           TIME<br>3/27/2008      12:00 AM<br>Billed     G:73224     4/2/2008<br>Search for corporate information including registered agent of the corporation for purposes of service; search for related companies; perform asset search of company and principals. | DPL<br>Billable<br>CTF-C./N7637/24505 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |
| 355159           TIME<br>3/27/2008<br>Billed     G:73224     4/2/2008<br>Search for corporate information including registered agent of the corporation for purposes of service; search for related companies; perform asset search of company and principals. | CPW<br>Lexis<br>CTF-C./N7637/24505 | ▓▓<br>0.00<br>0.00<br>0.00 | 1▓▓<br>A@1 | ▓▓ |
| 355130           TIME<br>3/27/2008      12:00 AM<br>Billed     G:73224     4/2/2008<br>Prepared summons, complaint, appearance forms and civil cover sheet for Trust Funds' claims and compliance matters pursuant to ERISA Sec. 1132, 1145 and T-HA Sec. 301. | DPL<br>Billable<br>CTF-C./N7637/24505 | 2.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 350.00 |
| 355570           TIME<br>4/1/2008<br>WIP<br>Review complaint filed at the Federal Court; enter pertinent information (e.g., filing date, case number and assigned judge) into database; review judge's standing order regarding pre-trial litigation, motion practice and status hearing dates; update file/databse regarding same. | DPL<br>Billable<br>CTF-C./N7637/24505 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 355572           TIME<br>4/1/2008<br>WIP<br>Prepared correspondence to legal process server, Scott Forrest Stern & Associates, | DPL<br>Billable<br>CTF-C./N7637/24505 | 1.00<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 175.00 |

| 4/29/2008 | WHITFIELD, McGANN & KETTERMAN | | | |
|---|---|---|---|---|
| 10:04 AM | Slip Listing | | Page | 2 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | ATTORNEY<br>Activity<br>Case<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Inc., regarding service of the summons and complaint on defendant; prepared correspondence to James Rosemeyer, ERISA Contributions Mngr, Chicago District Council of Carpenters' Trust Funds, regarding the filing of the complaint; enclosed summons and complaint; docket follow-up dates for service. | | | | |
| 356430         TIME<br>4/14/2008<br>WIP<br>Review e-mail sent by the U.S. Dist. Court for the Northern Dist. of Illinois regarding the proof of filing the summons returned as executed; download documents to the file folder; print document and enclose in file. | DPL<br>Billable<br>CTF-C./N7637/24505 | 0.20<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 35.00 |
| 356107         TIME<br>4/14/2008<br>WIP<br>Review Scott Forrest Stern & Associates, Inc.'s report on service of the summons and complaint; review process server remarks regarding details of service; review affidavit of service for legality; electronically file the proof of service with the clerk of the U.S. District Court for the Northern Dist. of Illinois; docket follow-up dates for Answer due date. | DPL<br>Billable<br>CTF-C./N7637/24505 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 356115         TIME<br>4/14/2008<br>WIP<br>Draft correspondence to James Rosemeyer, ERISA Contributions Manager, Chicago District Council of Carpenters' Trust Funds requesting a breakdown of all ERISA fringe benefit contributions owed and the accompanying calculation of liquidated damages and interest pursuant to the terms of the trust agreements and Internal Revenue Code. | DPL<br>Billable<br>CTF-C./N7637/24505 | 0.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 87.50 |
| 356433         TIME<br>4/21/2008<br>WIP<br>Review e-mail from Earl Oliver regarding amounts owed by signatory; print and load information into file and database. | DPL<br>Billable<br>CTF-C./N7637/24505 | 0.25<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 43.75 |

4/29/2008  WHITFIELD, McGANN & KETTERMAN
10:04 AM  Slip Listing  Page 3

| Slip ID / Dates and Time / Posting Status / Description | ATTORNEY / Activity / Case / Reference | Units / DNB Time / Est. Time / Variance | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 356468 TIME<br>4/22/2008 12:30 PM<br>WIP<br>Prepare draft of motion for default judgment | DPL<br>Billable<br>CTF-C./N7637/24505 | 0.40<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 70.00 |
| 356910 TIME<br>4/28/2008<br>WIP<br>Review court file to determine if Answer filed; review office file for Answer; confirm answer due dates; review U.S. District Court web site to verify the date and time that the presiding Judge hears motions; prepare motion for default judgment pursuant to F. Rul. Civ. P. 55 for failure to Answer or otherwise plead. | DPL<br>Billable<br>CTF-C./N7637/24505 | 2.50<br>0.00<br>0.00<br>0.00 | 175.00<br>T@7 | 437.50 |

Grand Total

Billable
Unbillable  0.00  0.00
Total

*Handwritten annotations:*

7.90 @ $175   $1382.50

Filing Fee   $350 +

Service   $55 +

~~$1,400.00~~

$1,787.50

**STERN PROCESS & INVESTIGATION, LLC**
205 W. RANDOLPH ST 1210
CHICAGO, IL, 60606

TaxId: 04-3801615
Phone: (312) 853 - 2150   Fax: (312) 853 - 3119

**WHITFIELD, MCGANN & KETTERMAN**
111 E WACKER DRIVE 2600
CHICAGO, IL, 60601

Phone (312)-251-9700   Fax (312)-251-9701

**Plaintiff:** Trustees of the Chicago Regional Council of Carpenters Pension Fund, et al.
**Client Case#:** N7637   **Court Case#:** 08C1842
**County:** UNITED STATES DISTRICT COURT

**Invoice#** 181569   **Server Name:** MICHAEL P. FEEHAN
**Defendant 1:** Robinette Enterprises, Inc.   CORPORATE SERVICE   MOHAMMED NOFAL (REGISTERED)
**Defendant 2:**

**Date of Service:** 4/7/2008   **Service Time:** 11:45:00 AM   **Invoice Date:** 4/7/2008   **Final Invoice Date:** 4/10/2008

**Location of Service** 18 W. Cass St. Suite 500, Joliet, IL, 60432

| Delivery Charge | Bad Address | Filing | Database Charge | Skip Trace | Rush | Investigation | Mileage | Total |
|---|---|---|---|---|---|---|---|---|
| $55.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55.00 |

**Case Return Date:** 5/1/2008   **Payment Date:** 4/22/2008   **Amount Received:** $55.00   **Check No:** 38970

Grand Total: $55.00
Amount Received: $55.00
Balance Due: $0.00