IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND<br><br>        Plaintiffs,<br><br>v.<br><br>ROBINETTE ENTERPRISES, INC.<br><br>        Defendant. | CASE NO. 08-C-1842<br><br>JUDGE ANDERSEN |

## NOTICE OF MOTION

To:   ROBINETTE ENTERPRISES, INC.
       c/o Mohammed A. Nofal, Registered Agent
       18 W. Cass Street
       Joliet, IL  60432

    PLEASE TAKE NOTICE that on **Thursday, May 8, 2008** I shall appear before the Honorable Judge Andersen at approximately **9:00 a.m**. in Courtroom 1403 at the Everett McKinley Dirksen Building Located at 219 South Dearborn Street, Chicago, Illinois, where I shall then present my Motion for Entry of Order of Judgment, a copy of which has been sent to you via U.S. Mail.

                                            TRUSTEES of the CHICAGO REGIONAL COUNCIL
                                            OF CARPENTERS PENSION FUND, et al.

                                            /s/  David P. Lichtman

## CERTIFICATE OF SERVICE

    I, David P. Lichtman, Plaintiff's attorney hereby certify that I served the above and foregoing via U.S. first class mail to the person/s to who said Notice is directed on May 1, 2008.

                                            /s/ David P. Lichtman

Attorney for Plaintiffs
Whitfield McGann & Ketterman
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700 Fax (312) 251-9701
Attorney No. 6290051

Case 1:08-cv-01842   Document 9   Filed 05/01/2008   Page 2 of 2