

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 8 C 1842 | **DATE** | 5/2/2008 |
| **CASE TITLE** | Trustees et al vs. Robinette Enterprises, Inc. | | |

**DOCKET ENTRY TEXT**

Enter judgment order. It is hereby ordered, adjudged and decreed that judgment is entered in behalf of the plaintiffs and against the defendant, Robinette Enterprises, Inc., the sum of $23,649.64. See order for breakdown of fees. The Court will retain jurisdiction solely to enter judgment for the contributions shown to be owed and statutory damages pursuant to ERISA Section 1132(g)(2).

■ [ For further detail see separate order(s).]       Docketing to mail notices.



| | Courtroom Deputy Initials: | TSA |
|---|---|---|