

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO 53REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND<br><br>Plaintiffs,<br><br>v.<br><br>ROBINETTE ENTERPRISES, INC.<br><br>Defendant. | CASE NO. 08-C-1842<br><br>JUDGE ANDERSEN |

## JUDGMENT ORDER

The Plaintiffs filed their Complaint on March 27, 2008 and the Defendant was served with copies of Summons and Complaint; and

The Defendant has failed to answer or otherwise plead; and

Upon application of the Plaintiffs for Default Judgment and for good cause shown, a default is hereby entered against the Defendant in accordance with the prayer for relief in the Complaint of this action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in behalf of the Plaintiffs and against the Defendant, ROBINETTE ENTERPRISES, INC., the sum of $23,649.64 representing the following amounts:

| | | |
|---|---|---|
| a) | ERISA Contributions (09/2007 – 11/2007) | $ 18,160.52 |
| b) | Interest on ERISA Contributions (09/2007 – 11/2007) | $ 570.27 |
| c) | Liquidated Damages (09/2007 – 11/2007) | $ 1,775.10 |
| d) | Dues (09/2007 – 11/2007) | $ 1,356.25 |
| e) | Attorney Fees and Costs | $ 1,787.50 |
| | **TOTAL** | **$ 23,649.64** |

The Court will retain jurisdiction solely to enter judgment for the contributions shown to be owed and statutory damages pursuant to ERISA Section 1132(g)(2).

ENTERED:

_____
WAYNE R. ANDERSEN
UNITED STATES DISTRICT JUDGE

DATED: May 2, 2008