## United States District Court for the Northern District of Illinois

Case Number: `08CV1842`          Assigned/Issued By: `DAJ`

Judge Name: `ANDERSEN`          Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
                ☐ IFP       ☐ No Fee    ☐ Other _____
                ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             _____
☑ Citation to Discover Assets                (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

`2` Original and `2` copies on `05/22/08` as to `FIFTH THIRD BANK,`
                                (Date)
`ROBINETTE ENTERPRISES INC. (NO NOTICES)`
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05